# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| VOLKSWAGEN AG, AUDI AG, and VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNINCORPORATED ASSOCIATIONS, et al., <br><br> Defendants. | Civil Action No. 1:17-cv-1413-TSE-JFA |

## NOTICE OF AGREED STIPULATED DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS

Volkswagen AG, Audi AG, and Volkswagen Group of America (collectively "Plaintiffs") and certain Defendants have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Confidential Settlement Agreement. Now the parties hereby move for an order dismissing all claims in this action asserted between them with prejudice. This dismissal only pertains to the defendants indicated herein and does not constitute a dismissal of all defendants. The parties hereby agree to waive a hearing on this Motion. The paragraph number provided corresponds to the Defendant's information in the First Amended Verified Complaint ("FAVC"):

| **Paragraph Number in FAVC** | **Defendant Name** | **Store Name(s)** | **Email(s)** |
|---|---|---|---|
| 64 | 扬江李 | winwinmarket | jojo_trader08@outlook.com |

| | | | |
|---|---|---|---|
| 63 | 灵燕刘 | autoandmotocenter<br>automotivesupplier | BestTouchpay@outlook.com |
| 41<br>57 | Jesse Yi<br>Liqiong Zou | kmautoparts2016 | kmautoparts988@hotmail.com |
| 60 | 绍仪吴 | cd-vwcar<br>parts-valley<br>qiangyi2014<br>superx_2013<br>topgear.auto | cdqiangyi@hotmail.com |
| 52 | 庆李 | dragonspirit111 | yayan333@126.com<br>digerati@sohu.com |
| 38 | Yu Liu | cdqiangsheng<br>gainbon.auto<br>wellplay4u | yuliu_82@163.com<br>yuliu_82@hotmail.com |
| 40 | Jingwen Feng | cdqiangsheng<br>gainbon.auto<br>wellplay4u | fengjingwen@126.com |
| 69 | 凤梅章 | topear | TOMTOPA@HOTMAIL.COM |
| 33 | 虎余 | baihehua-1 | yuhu201601@outlook.com |
| 70 | Yinping Qin | syacht | qinys1986@163.com |
| 26, 34 | 文锋吴，坤倪 | k_auto<br>ap_tech2014<br>brand_franchise998<br>xkd_2013 | xukeda_pp@outlook.com<br>nikunpz@sina.com<br>huangguoxiu11@163.com<br>wuwenfeng09@126.com |

Additionally, Plaintiffs provide this supplemental information regarding the Defendants already dismissed in this action. Plaintiffs have already settled with and dismissed the following Defendants, but now seek to identify, with particularity, the paragraph number in the FAVC:

| **Paragraph Number in FAVC** | **Defendant Name** | **Store Name(s)** | **Email** |
|---|---|---|---|
| 27 | Guang Yao Zhou | kittysohappy | tczhou524@yahoo.com |
| 65 | 凯冯 (a.k.a. Kai Feng) | npc-parts<br>tuopu2014 | tuopu001@outlook.com |
| 30 | 琳林 (a.k.a. "Lin Lin") | chanelinlin | linlin_nb2013@163.com |

| 43 | 斌杰陈 (a.k.a. Binjie Chen) | perfectboy1994 | ggchen99@foxmail.com |

Respectfully submitted,

 /s/ Daniel E. Yonan
Daniel E. Yonan (VSB No. 46019)
Monica Riva Talley (VSB No. 41840)
Michael D. Specht (VSB No. 42410)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, D.C. 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
dyonan@sternekessler.com
mtalley@sternekessler.com
mspecht@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiffs*
*Volkswagen AG, Audi AG, and*
*Volkswagen Group of America, Inc.*

Date: June 25, 2018