IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VOLKSWAGEN AG, et al., ) | |
|    Plaintiffs, ) | |
| ) | |
|        v. ) | Case No. 1:18cv1110 |
| ) | |
| FYDIMN_6, ) | |
|    Defendant. ) | |
| ) | |

**FINAL JUDGMENT**

Pursuant to the Court's Order adopting the Magistrate Judge's Report and Recommendation and granting plaintiffs' motion for default judgment,

It is hereby **ORDERED** that judgment is entered on behalf of plaintiffs Volkswagen AG and Audi AG against defendant fydimn_6 in the amount of $2,000,000.00.

It is further **ORDERED** that post judgment interest shall accrue at the rate provided by 28 U.S.C. § 1961(a).

It is further **ORDERED** that defendant fydimn_6 is permanently enjoined from making, using, selling or offering for sale any products that infringe the Volkswagen and Audi trademarks at issue in this litigation.

It is further **ORDERED** that third-party PayPal, Inc. shall transfer any monies currently restrained in the above defendant's financial accounts to plaintiffs as partial satisfaction of this judgment.

The Clerk shall provide a copy of this judgment to all counsel of record, and plaintiffs shall be responsible for emailing this judgment to the defendant.

Alexandria, Virginia
August 30, 2018

/s/
T. S. Ellis, III
United States District Judge